IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ALEXIS STAAB, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION |
| ) | |
| v. ) | No. 25-2577-KHV |
| ) | |
| BODY CONTOUR CENTERS, LLC ) | |
| D/B/A SONO BELLO, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

This matter is before the Court on Defendant's Unopposed Motion To Compel Arbitration And Stay Proceedings (Doc. #6) filed October 20, 2025. Plaintiff had until November 10, 2025, to respond to defendant's motion. See D. Kan. Rule 6.1(d)(1). Plaintiff did not file a response, and defendant's motion is therefore unopposed. A party who fails to file a responsive brief or memorandum within the specified time waives the right to later do so, and the Court will consider and decide the motion as uncontested. D. Kan. Rule 7.1(c). Ordinarily, the Court will grant the motion without further notice. Id. For this reason and substantially the reasons stated in defendant's Memorandum In Support Of Defendant's Unopposed Motion To Compel Arbitration And Stay Proceedings (Doc. #7) filed October 20, 2025, the Court sustains defendant's motion. In lieu of a stay, the Court will direct the Clerk to administratively terminate this action pending the conclusion of arbitration proceedings.

**IT IS THEREFORE ORDERED** that Defendant's Unopposed Motion To Compel Arbitration And Stay Proceedings (Doc. #6) filed October 20, 2025 is **SUSTAINED.**

**IT IS FURTHER ORDERED that the Clerk administratively terminate this action without prejudice to the rights of the parties to reopen the proceedings for good cause shown,**

-2-

**for the entry of any stipulation or order, or for any other purpose required to obtain a final determination of the litigation. On or January 31, 2026, and at 60-day intervals thereafter, the parties shall file a joint report on the status of arbitration proceeding.**

Dated this 9th day of December, 2025 at Kansas City, Kansas.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge
